UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOHN REILLY et al.,

                    Plaintiffs,

-against-

THE CITY OF NEW YORK et al.,

                    Defendants.
-----------------------------------------------------------------X

23-CV-00521 (ALC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed at the conference held on June 18, 2024, the Court hereby sets the following deadlines:

- Defendants will produce the FISA-OPA data by **July 2, 2024.**

- Defendants will produce the civilian tracking data by **July 18, 2024.**

- Defendants will produce relevant and nonprivileged documents requested by Plaintiffs by **July 18, 2024.** If the document production from Defendants does not include documents relevant to internal policies and procedures, Plaintiffs should raise this issue in the August 2 letter to the Court.

- Defendant will produce Plaintiffs' personnel files by **July 18, 2024.**

- The Parties will meet and confer to address the deficiencies to specific interrogatory responses and document requests outlined by Plaintiffs in their December 2023 letter, see ECF No. 102-1, by **July 18, 2024.**

- The Parties will submit a joint update to the Court by **August 2, 2024**, that will include any continuing issues with Defendants' document production.

**SO ORDERED.**

DATED:    New York, New York
              June 18, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge