UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN REILLY et al.,

                    Plaintiffs,

      -against-

THE CITY OF NEW YORK et al.,

                    Defendants.
-----------------------------------------------------------------X

23-CV-00521 (AS) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      At ECF No. 129, the parties were ordered to file a joint status update at the close of fact discovery on September 17, 2024. That deadline has now passed, and the parties have not filed a status update. The parties are hereby directed to file a joint status update by **Friday, October 4, 2024**.

      **SO ORDERED.**

DATED:   New York, New York
              September 26, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge