UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN REILLY et al.,

                              Plaintiffs,

        -against-

THE CITY OF NEW YORK et al.,

                              Defendants.
------------------------------------------------------------------X

23-CV-00521 (AS) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A discovery conference in this matter is hereby scheduled for **Monday, December 2, 2024, at 2:00 p.m.** Plaintiff and counsel for the Defendants are directed to call Judge Figueredo's Teams conference line at the scheduled time. **Please dial (646)-453-4442; access code [726 320 417#]**.

      **SO ORDERED.**

DATED:    New York, New York
                October 4, 2024

                                                  _____
                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge