UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN REILLY, et al.,

                        Plaintiffs,

      -against-

THE CITY OF NEW YORK, et al.,

                        Defendants.
-----------------------------------------------------------------X

23-CV-00521 (AS) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties informed the Court that they are in the midst of scheduling a mediation with an agreed-upon mediator. The mediation must be completed by **March 31, 2025**. The parties are directed to provide the Court with a status update by **April 11, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
              December 2, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge