UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| John Reilly et al.,<br><br>                       Plaintiffs,<br><br>-against-<br><br>The City of New York and The New York City Police Department's Building Maintenance Section,<br><br>                       Defendants. | 23-CV-521 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Fact discovery in this case was originally scheduled to be closed by April 15, 2024. Dkt. 84. This deadline was extended first to June 17, 2024, Dkt. 95, and then to September 17, 2024, Dkt. 103. A discovery hearing was held on December 2, 2024, and the parties have been ordered to provide Judge Figueredo with a status update on their scheduled mediation by April 11, 2025. Dkt. 157.

      If the parties wish to file summary judgment motions, the following schedule will apply: motions due on **July 10, 2025**, oppositions due on **August 7, 2025**, and replies due on **August 21, 2025**.

      SO ORDERED.

Dated: January 13, 2025
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                        United States District Judge