UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| John Reilly et al., <br><br>                    Plaintiffs, <br><br> -against- <br><br> The City of New York and The New York City Police Department's Building Maintenance Section, <br><br>                    Defendants. | 23-CV-521 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

       This case was referred to Magistrate Judge Figueredo for general pretrial matters. Dkt. 76. Most recently, the parties had a discovery hearing before Judge Figueredo on December 2, 2024 and have been ordered to provide Judge Figueredo with a status update letter by April 11, 2025. Dkt. 142, 157.

       The parties should meet and confer on whether they wish to consent to referring this case to Judge Figueredo for all purposes. If the parties mutually consent, they should sign the attached form by **January 20, 2025**. If there is no agreement, then the parties should **not** inform the Court which side did not agree.

       SO ORDERED.

Dated: January 13, 2025
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                        United States District Judge

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| *Defendant* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.