UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOHN REILLY et al.,

                          Plaintiffs,

             -against-

THE CITY OF NEW YORK et al.,

                        Defendants.
-------------------------------------------------------------------X

23-CV-00521 (ALC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On June 3, 2025, Plaintiffs filed a motion requesting that (1) the Court enter an order compelling Defendants' 30(b)(6) witness to appear for a deposition by June 25, 2025, and (2) the Court impose sanctions for the costs and fees incurred by Plaintiffs' counsel due to Defendants' failure to comply with multiple Court orders. ECF No. 165. With regards to Plaintiffs' first request, Defendants are directed to produce their corporate representative for deposition on or before **June 25, 2025**.

With regards to Plaintiffs' second request, Defendants are directed to respond to Plaintiffs' request for sanctions by **June 10, 2025**.

       **SO ORDERED.**

DATED:    New York, New York
             June 4, 2025

                                     _____
                                     VALERIE FIGUEREDO
                                     United States Magistrate Judge