UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN REILLY et al.,

                            Plaintiffs,

        -against-

THE CITY OF NEW YORK et al.,

                            Defendants.
-----------------------------------------------------------------X

23-CV-00521 (AS) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      In their letter at ECF No. 169, Defendants request an extension of time to produce their Rule 30(b)(6) witness for deposition. When the Court ordered that the Rule 30(b)(6) deposition take place by June 25 (ECF No. 166), it was under the impression that Plaintiffs had already served a Rule 30(b)(6) deposition notice on Defendants. Given that Plaintiffs did not notice the deposition until June 18, 2025, the Court hereby extends the time for Defendants to produce their Rule 30(b)(6) witness to July 9, 2025.

      **SO ORDERED.**

DATED:    New York, New York
               July 1, 2025

                                                                VALERIE FIGUEREDO
                                                               United States Magistrate Judge