UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN REILLY et al.,

                          Plaintiffs,

            -against-

THE CITY OF NEW YORK et al.,

                         Defendants.
------------------------------------------------------------------X

23-CV-00521 (AS) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The Case Management Plan in this case set a deadline for the close of fact discovery of September 17, 2024. See ECF No. 103. In light of that deadline, Judge Subramanian on April 9, 2025, entered an order setting a deadline of July 10, 2025, for the filing of a summary judgment motion. ECF No. 163. That deadline was later extended to July 21, 2025. ECF No. 173.

      For the first time on June 9, 2025, one month before the then-operative deadline for the filing of summary judgment motions, Defendants served their first discovery requests in this case, seeking to take 10 depositions, disclosing for the first time an expert witness, and serving document and interrogatory requests for the first time on all 92 Plaintiffs in this action. See ECF No. 175 at 2. But Defendants have not provided any good cause for why they waited until one month before the deadline for summary judgment motions and several months after the deadline for the close of fact discovery to seek this type of extensive discovery from Plaintiffs. Although Defendants argue that the opt-in period for conditional certification did not end until December 2024 (see ECF No. 174 at 3), they fail to explain why they waited six months, until June 9, 2025, to first seek this kind of discovery. Because Defendants have not provided good cause for their belated requests, the letter motion (see ECF No. 174 at 1) is **DENIED**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 174.

      **SO ORDERED.**

DATED:    New York, New York
               July 16, 2025

                                                                                                    VALERIE FIGUEREDO
                                                                                    United States Magistrate Judge