

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY T. ELLIS**
*Assistant Corporation Counsel*
Labor and Employment Law Division
(212) 356-0839
zellis@law.nyc.gov

> **MEMO ENDORSED**
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> **Dated: December 1, 2025**
>
> The parties' extension request is GRANTED. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 196.

<u>**Via CM/ECF**</u>
Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, New York 10007

     Re:  *Reilly*, et al. v. *City of New York*, et al.
         Case No. 1:23-CV-00521-AS-VF
         Law Dep't File No. 2023-007162

Dear Judge Subramanian:

  I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing Defendants, the City of New York and the New York City Police Department's Building Maintenance Section (collectively, "Defendants"), in the above-referenced action.  I submit this letter on behalf of the parties to respectfully request a thirty-day extension of time for the parties to submit a proposed Settlement Agreement to the Court for its review, from November 28, 2025, until and including December 29, 2025.  Specifically, although the parties have reached agreement as to back wages and liquidated damages, they require some additional time in which to negotiate attorneys' fees and costs.  On behalf of the parties, I thank the Court for its consideration of this request.

         Respectfully submitted,

         /s/
         ZACHARY T. ELLIS
         Assistant Corporation Counsel

CC:  All counsel of record (via CM/ECF)