UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN REILLY et al.,

                          Plaintiffs,

              -against-

THE CITY OF NEW YORK et al.,

                         Defendants.
------------------------------------------------------------------X

23-CV-00521 (ALC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

At ECF No. 197, the Court granted the parties' extension request, making the deadline to file their proposed Settlement Agreement December 29, 2025. The parties are directed to file their proposed Settlement Agreement to the Court by **January 30, 2026**.

       **SO ORDERED.**

DATED:    New York, New York
           January 23, 2026

                                    _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge