

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

> **MEMO ENDORSED**
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> **Dated: February 3, 2026**
>
> The deadline to file the settlement agreement is extended to **March 3, 2026**. The Clerk of the Court is respectfully directed to close the motion at ECF No. 199.

**Via CM/ECF**
Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:    *Reilly*, et al. v. *City of New York*, et al.
Case No. 1:23-CV-00521-AS-VF
Law Dep't File No. 2023-007162

Dear Judge Subramanian:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing Defendants, the City of New York and the New York City Police Department's Building Maintenance Section (collectively, "Defendants"), in the above-referenced action. I submit this letter on behalf of the parties to respectfully request a thirty-day extension of time for the parties to submit a proposed Settlement Agreement to the Court for its review, from January 30, 2026, until and including March 2, 2026. This is the parties' second request for an extension of this deadline.

At the time of undersigned counsel's first extension request, the parties had reached a settlement-in-principle as to back wages and liquidated damages but needed more time to separately negotiate attorneys' fees and costs, as well as a re-allocation of a portion of the liquidated damages in the form of service-fee awards. At that time, the City needed additional documentation and information from Plaintiffs' counsel to be able to conduct a thorough and proper Lodestar analysis. Thereafter, Plaintiffs' counsel provided undersigned counsel with the needed additional documentation and information. Upon receipt of said documentation and information, the City proceeded to conduct its Lodestar analysis, which it completed on January 29, 2026. Undersigned counsel sent Plaintiffs' counsel a draft of the settlement agreement for their consideration later on January 29, 2026.

2

Of course, Plaintiffs' counsel requires more than one day to review the terms and conditions of the draft settlement agreement, and Plaintiffs themselves will also require time to review the same. Accordingly, the parties seek the instant thirty-day extension of time to submit the settlement agreement to the Court.

On behalf of the parties, I thank the Court for its consideration of this request.

Respectfully submitted,

/s/
ZACHARY T. ELLIS
Assistant Corporation Counsel

2