

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

**Diego O. Barros, Esq.**
E-mail: diego@norinsberglaw.com

> **MEMO ENDORSED**
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> **Dated: March 4, 2026**
>
> The extension request is GRANTED. The Clerk of the Court is respectfully directed to close the motion at ECF No. 201.

***Via ECF Only***
The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   **Re:** ***Reilly, et al.  v. The City of New York, et al.***
      **Dkt. No.: 1:23-cv-00521 (AS)(VF)**

Dear Judge Figueredo:

   This firm represents Plaintiffs in the above-referenced putative collective action arising under the Fair Labor Standards Act. We write to respectfully request a thirty-day extension of time for the parties to submit a proposed Settlement Agreement to the Court for its review, from March 3, 2026, to April 2. 2026. This is Plaintiffs' first request for an extension of this deadline.

   In the time since the extension was granted pursuant to Defendants' last request to extend the deadline to file the Settlement Agreement, Plaintiffs' counsel has received Defendants' counsel's edits to the proposed Settlement Agreement but has not had an opportunity to review nor to send their edits back to Defendants' counsel, which will then need to be reviewed by Defendants. Plaintiffs do not anticipate requesting an additional extension.

We thank the Court for its time and attention to this matter

Respectfully submitted,

_____
Diego O. Barros, Esq.

Copies to:    Counsel for Defendants (*via* ECF)