UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOHN REILLY et al.,

                        Plaintiffs,

            -against-

THE CITY OF NEW YORK et al.,

                      Defendants.
------------------------------------------------------------------X

23-CV-00521 (ALC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 21, 2026, the Court received an e-mail, attached hereto as Exhibit A. The

parties are directed to submit a letter in response to the e-mail by **April 30, 2026**.

      **SO ORDERED.**

DATED:     New York, New York
            April 23, 2026

                                             _____
                                             VALERIE FIGUEREDO
                                             United States Magistrate Judge

# Exhibit A

| | |
|---|---|
| **From:** | rmanfr1049@gmail.com |
| **To:** | Figueredo NYSD Chambers |
| **Subject:** | Reilly et al. v. The City of New York et al., Case No: 23-cv-00521 |
| **Date:** | Tuesday, April 21, 2026 7:49:51 PM |

**CAUTION - EXTERNAL:**

Dear Honorable Valerie Figueredo,

I am writing regarding the above case in which myself and other parties sent in documentation to be apart of the class action case. However, it has now come to my attention that myself and these other parties were not included. I have attempted to contact Plaintiff's counsel on several occasions in an effort to obtain a status and to confirm my inclusion however, I have not received a response. At least 4 additional people who sent in documentation to be included in the class action suit have also left messages with Plaintiff's counsel and they also have not received a response. It has now come to my attention that a settlement has been reached. Mr. Reilly has been keeping me informed of the status of the case with the assumption that I was included as I assumed. Myself and the other individuals should be included in the lawsuit as we are city employees who have been employed with NYPD for over eight years and fit the criteria of this class action lawsuit. We believe our exclusion by this attorney was intentional. As such, we wish to be included in this action.

Thank you for your attention to this matter.

Ralph Manfredi
Steve Hill
Richard Sledge
Brian Fortune
Raj Jagdeo

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.