UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN REILLY et al.,

                          Plaintiffs,

              -against-

THE CITY OF NEW YORK et al.,

                        Defendants.
------------------------------------------------------------------X

23-CV-00521 (ALC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On May 8, 2026, the Court received an e-mail, attached hereto as Exhibit A. The

home address and phone number in the attachment has been redacted.

       **SO ORDERED.**

DATED:    New York, New York
           May 11, 2026

                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge

# Exhibit A

| | |
|---|---|
| **From:** | Ralph Manfredi |
| **To:** | Figueredo NYSD Chambers |
| **Subject:** | Reilly et al v. The City of New York Docket No: 1:23-cv-00521 |
| **Date:** | Friday, May 8, 2026 9:32:47 AM |

**CAUTION - EXTERNAL:**

Honorable Valerie Figueredo
United States District Court, S.D.N.Y.
500 Pearl Street, Courtroom 17A

New York, NY 10007

Re: Reilly et al v. The City of New York

Docket No: 1:23-cv-00521

Dear Honorable Valerie Figueredo,

I am writing in response to the letter filed by Plaintiff's counsel Diego Barros, Esq of Joseph & Norinsberg dated April 30, 2026. Despite Plaintiff's claim, I properly and timely sent the consent to sue form. As shown by the attached, the consent to sue form was mailed to Joseph & Norinsberg on November 10, 2024. A copy of the completed form is attached.

In addition, I personally spoke to the intake paralegal of Joseph & Norinsberg, prior to the notice being sent, and provided my information including the details of my position and the fact that I did travel for work during my personal time, my only disagreement was that I was never asked to work through meal or break. The Plaintiffs were aware that I sent in the documentation and have kept me informed of the status of the proceeding including the proposed settlement.

I have spoken to several other New York City employees who were not included in the lawsuit despite properly and timely mailing in the consent to sue form.  Specifically, Richard Sledge, Brian Fortune, Raj Jagdeo, James Power and Owen McFadzean, all also mailed the documentation to the office Joseph & Norinsberg.

Lastly, I was advised by Mr. Hill that when speaking to Joseph & Norinsberg, he advised that I took over his position as supervisor and was also entitled to be in the lawsuit as well. However, Mr. Hill was advised that as supervisor, I would not qualify, however, that is not the case as I travel in my position unlike some of the Plaintiffs in this action.

As we have all properly and timely sent in the consent to sue form, and I personally spoke to an intake paralegal of Joseph & Norinsberg,

we respectfully request that, prior to final approval, counsel be directed to:

1. Conduct a full audit of the Plaintiffs;

2. Remove any ineligible or duplicate entries;

3. Identify and add any omitted individuals who qualify;

4. Recalculate the distribution if necessary after corrections are made; and

5. Provide a corrected and verified roster for transparency.

Our intent is simply to ensure that the settlement is administered fairly, accurately, and equitably for all legitimate participants.

Thank you for your time and consideration.

Ralph Manfredi

Richard Sledge

Brian Fortune

Raj Jagdeo

James Power

Owen McFadzean

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

*Sed 11/10/2024*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

JOHN REILLY, PATRICK DEROSA, SEAN O'BRIEN, ADOLFO REDILLO and ALOKO KHAN, on behalf of themselves, individually, and on behalf of all others similarly situated,

                               **Plaintiffs,**

        -against-

THE CITY OF NEW YORK and THE NEW YORK CITY POLICE DEPARTMENT'S BUILDING MAINTENANCE SECTION,

                               **Defendants.**

--------------------------------------------------------------X

Dkt. No.:
1:23-CV-00521 (AS) (VF)

**CONSENT TO JOIN FORM**

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THIS LAWSUIT, PLEASE COMPLETE THESE TWO STEPS:

1. COMPLETE AND SIGN THIS CONSENT TO JOIN LAWSUIT FORM; <u>AND</u>

2. EMAIL, SUBMIT ONLINE, FAX, OR USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM <u>NOT LATER THAN NOVEMBER 19, 2024</u>, TO:

Joseph & Norinsberg, LLC
110 E. 59th Street, Suite 2300
New York, NY 10022
Tel: (212) 227-5700

You can also: fax the Consent to Join Lawsuit form to (212) 656-1889; or scan and email it to **BMSWageCase@employeejustice.com; or** Submit it online at the following link: https://employeejustice.com/cases/new-york-police-department/

I consent to join the lawsuit brought pursuant to the Fair Labor Standards Act; and I elect to be represented by [*choose ONE*]:

_____ ***Joseph & Norinsberg, LLC.*** I authorize Plaintiffs and Joseph & Norinsberg, LLC to act on my behalf in all matters relating to this action, including any settlement of my claims.

_____ ***Another attorney of my choosing***, who shall promptly file a notice of appearance on my behalf.

_____ ***Myself pro se*** without the assistance of an attorney.

If you do not select any of the representation options above but send back your form to Joseph & Norinsberg, LLC you will automatically be represented by Plaintiff's lawyers, Joseph & Norinsberg, LLC. Moreover, failure to select a representation option above will authorize Plaintiff and Joseph & Norinsberg, LLC to act on your behalf in all matters relating to this action, including any settlement of your federal and state law claims.

SIGNATURE ▌

PRINT NAME *Ralph Mankoss*

*Supervisor Therapist Repair (Local 1)*

Email Address

Start Date of Employment
*11/07/2018*

End Date of Employment
*Still Employed*