UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN REILLY et al.,

                                    Plaintiffs,                              23-CV-00521 (AS) (VF)

                -against-                                                         **ORDER**

THE CITY OF NEW YORK et al.,

                                    Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed at the conference held on May 12, 2016, the six individuals (Ralph

Manfredi, Richard Sledge, Brian Fortune, Raj Jagdeo, James Power, and Owen McFadzean)

will be added to the settlement as opt-in Plaintiffs. Plaintiffs' counsel will send these

individuals notice of the settlement.

The deadline to finalize the settlement is extended to **May 22, 2026**.

**SO ORDERED.**

DATED:      New York, New York
            May 12, 2026

                                                   _____
                                                   VALERIE FIGUEREDO
                                                   United States Magistrate Judge