UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOHN REILLY et al.,

                        Plaintiffs,

            -against-

THE CITY OF NEW YORK et al.,

                        Defendants.
-------------------------------------------------------------------X

23-CV-00521 (ALC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to provide a status update on settlement by **June 10, 2026.**

    **SO ORDERED.**

DATED:    New York, New York
                June 4, 2026

                                      _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge