UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John Reilly et al,

                          Plaintiffs,

          -against-

The City of New York; The New York City
Police Department's Building Maintenance
Section,

                          Defendants.

23-CV-521 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court has reviewed the proposed settlement. Dkt. 222. It appears that one of the members of the collective has indicated that they intend to object, but at this point no objection has been filed. Plaintiffs are ORDERED to file a letter by June 18, 2026 at 3:00 PM explaining why the approval should not be denied without prejudice given the pendency of an objection. In that filing, plaintiffs should explain the nature of the objection, and how counsel intends to resolve it.

          SO ORDERED.

Dated: June 17, 2026
       New York, New York

                                              _____
                                                    ARUN SUBRAMANIAN
                                                  United States District Judge